UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVSION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| CAMERON, RICHARD D | ) | CASE NO. 05 B 06815 |
| | ) | |
| Debtor(s) | ) | HON. JOHN H. SQUIRES |

Social Security/Employer Tax ID Number:   XXX-XX-0390

## NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At:   U.S. BANKRUPTCY COURT, 219 S DEARBORN, COURTROOM 680, CHICAGO, IL

    On: **August 7, 2007**          Time: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

    | | |
    |---|---:|
    | Receipts | $197,098.13 |
    | Disbursements | $175,859.62 |
    | Net Cash Available for Distribution | $21,238.51 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

    | Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
    |---|---:|---:|---:|
    | Phillip D. Levey<br>Trustee | $0.00 | $5,700.00[1] | $161.24 |
    | Phillip D. Levey<br>Attorney For Trustee | $0.00 | $9,295.00[2] | $0.00 |

---

[8] Statutory maximum Trustee compensation of $11,296.78 has been voluntarily reduced by $5,596.78 to a total of $5,700.00.

[2] Attorney for Trustee has voluntarily reduced his request for compensation by $1,007.50 to a total of $9,295.00.

5. Applications for Chapter 11 and 13 fees and administrative expenses have been filed as follows: N/A

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are: None

7. Claims of general unsecured creditors totaling $19,794.93 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 30.73%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | KANKAKEE TERM BELT | $4,291.69 | $1,318.68 |
| 2 | MBNA AMERICA BANK N A | $15,503.24 | $4,763.59 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has not been discharged.

11. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| 1240 E. Olive, Decatur, IL | $43,200.00 |
| 2470 N. Graceland, Decatur, IL | $45,097.00 |
| 20146 S. Arroyo, Lynwood, IL | $156,235.00 |
| 2004 E. Wood, Decatur, IL | $51,000.00 |
| 16 Kassing, Fairview, IL | $87,300.00 |
| 1716 N. Church, Decatur, IL | $56,700.00 |
| 1629 E. Prairie, Decatur, IL | $44,800.00 |
| 435 W. Center, Decatur, IL | $41,400.00 |
| 1648 E. Whitmer, Decatur, IL | $44,000.00 |
| 735 W. Waggoner, Decatur, IL | $44,000.00 |
| 1414 S. Grand, Springfield, IL | $42,959.00 |
| 1064 N. 5th, Springfield, IL | $43,200.00 |
| Cash | $50.00 |
| Bank Account | $300.00 |
| Household Furnishings | $1,000.00 |
| Wearing Apparel | $100.00 |
| Jewelry | $100.00 |
| 1993 Chevy Caprice | $1,200.00 |

Dated: **July 10, 2007**                    For the Court,

|  |  |
|---|---|
| By: | **KENNETH S GARDNER** |
|  | Kenneth S. Gardner |
|  | Clerk of the U.S. Bankruptcy Court |
|  | 219 S. Dearborn Street; 7th Floor |
|  | Chicago, IL 60604 |

| | |
|---|---|
| Trustee: | Phillip D. Levey |
| Address: | 2722 North Racine Avenue |
| | Chicago, IL  60614 |
| Phone No.: | (773) 348-9682 |

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

815  Doc 107  Filed 07/10/07  Entered 07/13/07 00:21:58  Desc Imaged
Certificate of Service  Page 4 of 4

# CERTIFICATE OF SERVICE

```
District/off: 0752-1            User: amcc7              Page 1 of 1           Date Rcvd: Jul 10, 2007
Case: 05-06815                  Form ID: pdf002          Total Served: 31

The following entities were served by first class mail on Jul 12, 2007.
db         +Richard D Cameron,    5315 S Rockwell,    Chicago, IL 60632-1514
aty        +Gloria C Tsotsos,    Codilis & Associates PC,    15W030 North Frontage Rd Suite 100,
             Burr Ridge, IL 60527-6921
aty        +Helen K Ko,    Fisher & Fisher,    120 N LaSalle Street,    Suite 2520,    Chicago, IL 60602-2464
aty        +Laura C Wardinski,    Kropik, Papuga & Shaw,    120 S LaSalle St,    Chicago, IL 60603-3403
aty        +Phillip D Levey,    2722 North Racine Avenue,    Chicago, IL 60614-1206
aty        +Robert N Honig,    276 N. Addison Ave.,    Elmhurst, IL 60126-2723
aty        +Terri M Long,    Law Office of Terri M. Long,    18201 Morris Avenue,    Homewood, IL 60430-2189
aty        +Timothy R Yueill,    Law Offices of Ira T. Nevel,    175 N. Franklin,    Chicago, IL 60606-1832
aty        +Yanick Polycarpe,    Pierce and Associates, P.C.,    1 North Dearborn    Suite 1300,
             Chicago, IL 60602-4331
tr         +Phillip D Levey, ESQ,    2722 North Racine Avenue,    Chicago, IL 60614-1206
intp       +Debra Perry,    20146 S. Arroyo Ave.,    Lynwood, IL 60411-1563
cr         +Indy Mac Bank,    c/o Codilis & Associates, P.C.,    15W030 North Frontage Rd.,    Suite 100,
             Burr Ridge, IL 60527-6921
cr         +Mortgage Electronic Registration Systems, In,    c/o Codilis & Associates, P.C.,
             15W030 North Frontage Road, Suite 100,    Burr Ridge, IL 60527-6921
cr         +Mortgage Electronic Systems, Inc.,    c/o Codilis & Associates, P.C.,    15W030 North Frontage Rd.,
             Suite 100,    Burr Ridge, IL 60527-6921
intp       +Ricardo Perry,    20146 S. Arroyo Ave.,    Lynwood, IL 60411-1563
9005045    +Ameriquest Mortgage Co,    PO Box 51382,    Los Angeles, CA 90051-5682
9005046    +Citi Financial,    PO Box 9023,    Des Moines, IA 50368-9023
9005047    +Citigroup/Consumer Finance,    PO Box 660904,    Countrywide Loan Dept,    Dallas, TX 75266-0694
9005048    +Countrwide Home Loans,    PO Box 10212,    Van Nuys, CA 91410-0212
10549509   +Dyck- O'neal Inc,    PO Box 13370,    Arlington, TX 76094-0370
9005049    +GMAC Mortgage,    PO Box 780,    Waterloo, IA 50704-0780
9005050    +Home Coming Financial,    PO Box 78426,    Phoenix, AZ 85062-8426
9005056    +Illinois Power Co,    370 S Main,    Decatur, IL 62523-1479
9005051    +Indy Mac Bank,    c/o McCalla Raymer et al,    1544 Old Alabama Road,    Roswell, Georgia 30076-2102
9005057    +K3 Termnl CU,    1015 N 5th Av,    Kankakee, IL 60901-2035
9005058    +Kankakee Term Belt,    1370 W Court Street,    Kankakee, IL 60901-3345
9005052    +Litton Loan Servicing LP,    PO Box 4387,    Houston, TX 77210-4387
9005059    +MBNA America Bank N A,    PO Box 15168 MS 1423,    Wilmington, DE 19850-5168
9005055    +Macon County Tax Collector,    141 S Main Street/Room 302,    Decatur, IL 62523-1244
9005053    +Mortgage Lenders Network,    PO Box 27990,    Newark, NJ 07101-7990
9005054    +Washington Mutual,    PO Box 660139,    Dallas, TX 75266-0139

The following entities were served by electronic transmission.
NONE.                                                                                            TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr          Wells Fargo Bank, N.A.
cr*        +Dyck-O'Neal, Inc.,    PO Box 13370,    Arlington, TX 76094-0370
                                                                                              TOTALS: 1, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Jul 12, 2007**            **Signature:** *Joseph Speetjens*