IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| | ) | |
| RICHARD D. CAMERON. | ) | CASE NO. 05 B 06815 |
| | ) | |
| | ) | |
| Debtor(s) | ) | HON. JOHN H. SQUIRES |

## TRUSTEE'S FINAL ACCOUNT AND APPLICATION
## TO CLOSE CASE AND DISCHARGE THE TRUSTEE

TO:  THE HONORABLE JOHN H. SQUIRES
     BANKRUPTCY JUDGE

Final distribution of all monies has been made in accordance with the attached Order Awarding Compensation and Expenses, Trustee's Distribution Report and Trustee's Form 2.

The Trustee certifies that the estate has been fully administered, requests that he be discharged and the case closed pursuant to 11 U.S.C. §350.

Date: 9-27-07

_____
TRUSTEE

Phillip D. Levey
2722 North Racine Avenue
Chicago, IL 60614
(773) 348-9682

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVSION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| CAMERON, RICHARD D | ) | CASE NO. 05 B 06815 |
| | ) | |
| Debtor(s) | ) | HON. JOHN H. SQUIRES |

## ORDER AWARDING COMPENSATION AND EXPENSES

THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's compensation and expenses are allowed as follows:

| | | |
|---|---|---:|
| 1. | Trustee's compensation | $5,700.00 |
| 2. | Trustee's expenses | $161.24 |
| | TOTAL | $5,861.24 |

IT IS FURTHER ORDERED that the requests for compensation and expenses are allowed as follows;

| | | | |
|---|---|---|---:|
| 1. | Attorney for the Trustee | | |
| | a. | Chapter 7 Compensation | $9,295.00 |
| | b. | Chapter 7 Expenses | $0.00 |
| | c. | Chapter 11 Compensation | $0.00 |
| | d. | Chapter 11 Expenses | $0.00 |
| 2. | Accountant for the Trustee | | |
| | a. | Chapter 7 Compensation | $0.00 |
| | b. | Chapter 7 Expenses | $0.00 |
| | c. | Chapter 11 Compensation | $0.00 |
| | d. | Chapter 11 Expenses | $0.00 |
| 3. | Other professionals | | |
| | a. | Chapter 7 Compensation | $0.00 |
| | b. | Chapter 7 Expenses | $0.00 |
| | c. | Chapter 11 Compensation | $0.00 |
| | d. | Chapter 11 Expenses | $0.00 |

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED: _____

ENTER:

**ENTERED**

AUG - 7 2007

John H. Squires Bankruptcy Judge
UNITED STATES BANKRUPTCY COURT

UNITED STATES BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVSION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| CAMERON. RICHARD D | ) | CASE NO. 05 B 06815 |
| | ) | |
| Debtor(s) | ) | HON. JOHN H. SQUIRES |

### DISTRIBUTION REPORT

I, Phillip D. Levey, trustee herein. certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution.

### SUMMARY OF DISTRIBUTION:

| | |
|---|---|
| Chapter 7 Administrative Expenses: | $15,156.24[3] |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(3)-(a)(6)): | $0.00 |
| Secured Claims | $0.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $0.00 |
| General Unsecured Claims: | $6,139.94 |
| Interest (726(a)(5) | $0.00 |
| Surplus to Debtor (726(a)(6) | $0.00 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | $21,296.18 |

---

[3] Statutory maximum Trustee compensation of $11.296.78 has been voluntarily reduced by $5,596.78 to a total of $5,700.00. In addition, attorney for Trustee has voluntarily reduced his request for compensation by $1,007.50 to a total of $9,295.00.

EXHIBIT D

| Case Number: 05-06815  JHS | | | Page 1 | | | | Date: August 8, 2007 |
|---|---|---|---|---|---|---|---|
| Debtor Name: CAMERON, RICHARD D | | | | | | | |

| Claim # | Payee Name | Class | Priority | Amt Claimed *<br>Amt Allowed | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| | Beginning Balance | | | | | | | $21,296.18 |
| | **Claim Type -** | | | | | | | |
| | Phillip D. Levey<br>COMPENSATION | Admin | | $5,700.00 *<br>$5,700.00 | $0.00 | $5,700.00 | $5,700.00 | $15,596.18 |
| | | | Percent Paid: 100.00000 % | | | | | |
| | Phillip D. Levey<br>EXPENSES | Admin | | $161.24 *<br>$161.24 | $0.00 | $161.24 | $161.24 | $15,434.94 |
| | | | Percent Paid: 100.00000 % | | | | | |
| | **Subtotal For Claim Type** | | | $5,861.24 *<br>$5,861.24 | $0.00 | $5,861.24 | $5,861.24 | |
| | **Claim Type 3110-00 - Attorney for Trustee Fees** | | | | | | | |
| | Phillip D. Levey | Admin | 001 | $9,295.00 *<br>$9,295.00 | $0.00 | $9,295.00 | $9,295.00 | $6,139.94 |
| | | | Percent Paid: 100.00000 % | | | | | |
| | **Subtotal For Claim Type 3110-00** | | | $9,295.00 *<br>$9,295.00 | $0.00 | $9,295.00 | $9,295.00 | |
| | **Subtotals For Class Administrative  100.00000 %** | | | $15,156.24 *<br>$15,156.24 | $0.00 | $15,156.24 | $15,156.24 | |
| | **Claim Type 7100-00 - General Unsecured 726(a)(2)** | | | | | | | |
| 000001 | Kankakee Term Belt<br>1370 W Court Street<br>Kankakee, IL 60901 | Unsec | 070 | $4,291.69 *<br>$4,291.69 | $0.00 | $4,291.69 | $1,331.19 | $4,808.75 |
| | | | Percent Paid: 31.01785 % | | | | | |
| 000002 | MBNA America Bank N A<br>PO Box 15168 MS 1423<br>Wilmington, DE 19850 | Unsec | 070 | $15,503.24 *<br>$15,503.24 | $0.00 | $15,503.24 | $4,808.75 | $0.00 |
| | | | Percent Paid: 31.01771 % | | | | | |
| | **Subtotal For Claim Type 7100-00** | | | $19,794.93 *<br>$19,794.93 | $0.00 | $19,794.93 | $6,139.94 | |
| | **Subtotals For Class Unsecured   31.01774 %** | | | $19,794.93 *<br>$19,794.93 | $0.00 | $19,794.93 | $6,139.94 | |

**FINAL DISTRIBUTION**

Case Number: 05-06815    JHS  
Debtor Name: CAMERON, RICHARD D  
Page 2  
Date: August 8, 2007

| Claim # Payee Name | Class | Priority | Amt Claimed *<br>Amt Allowed | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|
| << Totals >> | | | $34,951.17<br>$34,951.17 | $0.00 | $34,951.17 | $21,296.18 | $0.00 |

Proposed distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this proposed distribution.

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 05-06815 -JHS | Trustee Name: | Phillip D. Levey |
|---|---|---|---|
| Case Name: | CAMERON, RICHARD D | Bank Name: | BANK OF AMERICA |
|  |  | Account Number / CD #: | *******1961 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******1852 |  |  |
| For Period Ending: | 09/27/07 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/08/06 | 4 | Catalina Mota/ Chicago Title & Trust Co. | Sale Real Estate | | 21,160.69 | | 21,160.69 |
| | | CATALINA MOTA/ CHICAGO TITLE & TRUS | Memo Amount:        197,000.00 | 1110-000 | | | |
| | | | Sale Real Estate | | | | |
| | | GMAC MORTGAGE | Memo Amount:     (   125,010.94 ) | 4110-000 | | | |
| | | | Mortgage Pay-Off | | | | |
| | | CAMERON, RICHARD | Memo Amount:     (     7,500.00 ) | 8100-002 | | | |
| | | | Homestead Exemption | | | | |
| | | CENTURY 21 KMIECIK | Memo Amount:     (    11,820.00 ) | 3510-000 | | | |
| | | | Real Estate Commission | | | | |
| | | RODRIGUEZ, AURORA | Memo Amount:     (    28,660.69 ) | 8500-000 | | | |
| | | | Co-Owner Share of Proceeds | | | | |
| | | COOK COUNTY COLLECTOR | Memo Amount:     (     1,156.18 ) | 4700-000 | | | |
| | | | Real Estate Taxes | | | | |
| | | CITY OF CHICAGO | Memo Amount:     (        25.00 ) | 2420-000 | | | |
| | | | Water Bill | | | | |
| | | LANDMARK SURVEY | Memo Amount:     (       345.00 ) | 2500-000 | | | |
| | | | Survey | | | | |
| | | CHICAGO TITLE INSURANCE COMPANY | Memo Amount:     (     1,321.50 ) | 2500-000 | | | |
| | | | Title Charges | | | | |
| 11/30/06 | 20 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 10.40 | | 21,171.09 |
| 12/29/06 | 20 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 17.98 | | 21,189.07 |
| 01/31/07 | 20 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 18.00 | | 21,207.07 |
| 02/28/07 | 20 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 16.27 | | 21,223.34 |
| 03/30/07 | 20 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 18.02 | | 21,241.36 |
| 04/30/07 | 20 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 17.46 | | 21,258.82 |
| 05/08/07 | 000101 | International Sureties, Ltd. | Blanket Bond Premium-Bond #01602645 | 2300-000 | | 20.31 | 21,238.51 |
| | | 203 Carondelet St.-Suite 500 | | | | | |
| | | New Orleans, LA  70130 | | | | | |
| 05/31/07 | 20 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 18.05 | | 21,256.56 |
| 06/29/07 | 20 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 17.47 | | 21,274.03 |

                                                                                          Page Subtotals        21,294.34        20.31

LFORM24                                                                                                                    Ver: 12.52

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

| Case No: | 05-06815 -JHS | Trustee Name: | Phillip D. Levey |
|---|---|---|---|
| Case Name: | CAMERON, RICHARD D | Bank Name: | BANK OF AMERICA |
|  |  | Account Number / CD #: | *******1961 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******1852 |  |  |
| For Period Ending: | 09/27/07 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/31/07 | 20 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 18.07 |  | 21,292.10 |
| 08/08/07 | 20 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 4.08 |  | 21,296.18 |
| 08/08/07 |  | Transfer to Acct #*******2397 | Final Posting Transfer | 9999-000 |  | 21,296.18 | 0.00 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 197,000.00 | COLUMN TOTALS |  | 21,316.49 | 21,316.49 | 0.00 |
| Memo Allocation Disbursements: | 175,839.31 | Less: Bank Transfers/CD's |  | 0.00 | 21,296.18 |  |
|  |  | Subtotal |  | 21,316.49 | 20.31 |  |
| Memo Allocation Net: | 21,160.69 | Less: Payments to Debtors |  |  | 0.00 |  |
|  |  | Net |  | 21,316.49 | 20.31 |  |

Page Subtotals     22.15     21,296.18

Ver: 12.52

LFORM24

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 05-06815 -JHS | Trustee Name: | Phillip D. Levey |
|---|---|---|---|
| Case Name: | CAMERON, RICHARD D | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******2397 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1852 | | |
| For Period Ending: | 09/27/07 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/08/07 | | Transfer from Acct #*******1961 | Transfer In From MMA Account | 9999-000 | 21,296.18 | | 21,296.18 |
| 08/11/07 | 000101 | PHILLIP D. LEVEY<br>2722 NORTH RACINE AVENUE<br>CHICAGO, IL 60614 | Chapter 7 Compensation/Fees | 2100-000 | | 5,700.00 | 15,596.18 |
| 08/11/07 | 000102 | PHILLIP D. LEVEY<br>2722 NORTH RACINE AVENUE<br>CHICAGO, IL 60614 | Chapter 7 Expenses | 2200-000 | | 161.24 | 15,434.94 |
| 08/11/07 | 000103 | Phillip D. Levey | TRUSTEE'S ATTORNEY'S FEES | 3110-000 | | 9,295.00 | 6,139.94 |
| 08/11/07 | 000104 | Kankakee Term Belt<br>1370 W Court Street<br>Kankakee, IL 60901 | Claim 000001, Payment 31.01785% | 7100-000 | | 1,331.19 | 4,808.75 |
| 08/11/07 | 000105 | MBNA America Bank N A<br>PO Box 15168 MS 1423<br>Wilmington, DE 19850 | Claim 000002, Payment 31.01771% | 7100-900 | | 4,808.75 | 0.00 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | | 21,296.18 | 21,296.18 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | | 21,296.18 | 0.00 | |
| | | Subtotal | | 0.00 | 21,296.18 | |
| Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | | 0.00 | |
| | | Net | | 0.00 | 21,296.18 | |
| | | | | | NET | ACCOUNT |
| Total Allocation Receipts: | 197,000.00 | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 175,839.31 | Money Market Account (Interest Earn - *******1961 | | 21,316.49 | 20.31 | 0.00 |
| | | Checking Account (Non-Interest Earn - *******2397 | | 0.00 | 21,296.18 | 0.00 |
| Total Memo Allocation Net: | 21,160.69 | | | 21,316.49 | 21,316.49 | 0.00 |
| | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  21,296.18  21,296.18

Ver: 12.52

LFORM24

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4

| Case No: | 05-06815 -JHS | | Trustee Name: | Phillip D. Levey |
| Case Name: | CAMERON, RICHARD D | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******2397 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1852 | | | |
| For Period Ending: | 09/27/07 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Page Subtotals  0.00  0.00

LFORM24

Ver: 12.52